[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 574.]

THE STATE EX REL. MEAD CORPORATION, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; HARRIS, APPELLANT.

[Cite as *State ex rel. Mead Corp. v. Indus. Comm.*, 2001-Ohio-121.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-2190—Submitted April 24, 2001—Decided June 6, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-1434.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

_____

**DOUGLAS, J., dissenting.**

{¶ 2} I respectfully dissent. I would reverse the judgment of the court of appeals and reinstate the order of the Industrial Commission.

RESNICK and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.

_____

*Thompson & Hine, L.L.P.*, and *Robert W. Myers*, for appellee.

*Livorno & Arnett Co., L.P.A.*, and *John F. Livorno*, for appellant.

_____